UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Todd Karl Gratz and Vonda Gratz<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Loancare, LLC, Stearns Lending, LLC, Integrity First Financial Group, Inc., Mortgage Electronic Registration Systems, Inc.; Integrity First Financial Group, Inc., Lakeview Loan Servicing, LLC, and Cape Fear Trustee Services, LLC,<br><br>　　　　　Defendants. | Civil Action No.: 4:20-CV-45<br><br>ORDER |

This matter is before the Court on Defendant Cape Fear Trustee Services, LLC's ("*CF Trustee Services*") Consent Motion to Dismiss Cape Fear Trustee Services, LLC ("*Motion*"). CF Trustee Services was made a party to the action solely due to its role as substitute trustee in two foreclosure actions pending in state court ("*Foreclosure Actions*"), which Plaintiff sought to stay. Prior to removal the state court entered an Order Extending the Temporary Restraining Order enjoining CF Trustee Services from proceeding with the Foreclosure Actions. The remaining parties to the suit consent to CF Trustee Services dismissal. As such, the Court hereby grants the Motion and CF Trustee Services is hereby dismissed from the case.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Louise W. Flanagan*
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

May 14th, 2020
New Bern, North Carolina